US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 19 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| UNITED STATES OF AMERICA | ) | No. 3:14CR30004-001 |
| --- | --- | --- |
| v. | ) | |
| | ) | 18 U.S.C. § 2252A(5)(B) |
| | ) | 18 U.S.C. § 2252A(b)(2) |
| STEPHEN BLACK | ) | 18 U.S.C. § 2256(8) |

United States Courts
Southern District of Texas
FILED
September 29, 2016
David J. Bradley, Clerk of Court

### INDICTMENT

The Grand Jury Charges:

H 16-1430M

#### COUNT ONE

Between on or about November 13, 2012, to on or about June 24, 2013, in the Western District of Arkansas, Harrison Division, the defendant, STEPHEN BLACK, knowingly accessed a computer connected to the internet with the intent to view material which contains an image of child pornography, as that term is defined by 18 United States Code, Section 2256(8), that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Count One of this Indictment.

Upon conviction of any Count of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253 the defendant's interest in:

1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, including any and all computer equipment, used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853 to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: Allison Waldrip Bragg
Allison Waldrip Bragg
Assistant U. S. Attorney
Arkansas Bar No. 2010262
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
E-mail Allison.Bragg@usdoj.gov

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Harrison Division

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 3:14CR30004-001 |
| ) | |
| Stephen Black ) | |
| *Defendant* ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

X **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **STEPHEN BLACK**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

One Count of Access with Intent to View Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).